UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, MARSHA TURNER AND CAROLYN SWARTOS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAELIS JACKSON & ASSOCIATES, L.L.C., *an Illinois limited liability company doing business as* Jackson Vision & Laser Centers, L.L.C., and MICHAELIS BILLY JACKSON, *M.D.*,<br><br>    Defendants. | Case No. 03-cv-4219-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants' Motion for Leave to File a Sur-Reply Brief (Doc. 165). Specifically, Defendants seek to file a sur-reply in the briefing of Plaintiffs' Motion to Admit (Doc. 133).

The Local Rules are clear regarding the submission of sur-replies: "[u]nder no circumstances will sur-reply briefs be accepted." S.D. Ill. L. R. 7.1(g). This absolute rule provides for no exception. Even if the Court were to carve out an exception for Defendants, the instant motion is surely untimely, as the Reply (Doc. 151) to which Defendants seek to respond was filed almost two months ago.

Being fully advised of the premises, the Court **DENIES** the instant motion (Doc. 165).

**IT IS SO ORDERED.**
**DATED: December 3, 2010**

                                                                s/ J. Phil Gilbert
                                                                **J. PHIL GILBERT**
                                                                **DISTRICT JUDGE**