UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, MARSHA TURNER and CAROLYN SWARTOS,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAELIS JACKSON & ASSOCIATES, L.L.C., *an Illinois limited liability company doing business as* Jackson Vision & Laser Centers, L.L.C., and MICHAELIS BILLY JACKSON, *M.D.*,<br><br>        Defendants. | Case No. 03-cv-4219-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted Relators' Motion to Voluntarily Dismiss (Doc. 193) this matter,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in Relators' initial complaint and amendments thereto are dismissed with prejudice as to Relators,

IT IS FURTHER ORDERED AND ADJUDGED that all claims in Relators' initial complaint and amendments thereto are dismissed with prejudice as to the Government to the extent of the Covered Conduct and terms of the settlement agreement,

FINALLY, IT IS ORDERED AND ADJUDGED that all claims in Relators' initial complaint and amendments thereto are otherwise dismissed without prejudice as to the Government.

**DATED: February 11, 2011**             **NANCY ROSENSTENGEL, CLERK**

                                          **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**